IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* | ) | |
| FLFMC, INC., | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 10-231 |
| | ) | |
| EBSCO INDUSTRIES,  INC. and | ) | |
| PLASTICS RESEARCH AND | ) | |
| DEVELOPMENT CORP., | ) | |
| Defendants. | ) | |

O   R   D   E   R

AND NOW, this 2 day of *March* 2011, after the defendants filed a motion to

dismiss the amended complaint or, in the alternative, to transfer this case to the United States

District Court for the Western District of Arkansas, and after a Report and Recommendation was

issued by the United States Magistrate Judge, and the parties were granted fourteen days after

being served with a copy to file written objections thereto, and upon consideration of the

objections filed by plaintiff FLFMC, Inc., as well as the defendants' response to those objections,

and after independent review of the record, and upon consideration of the Report and

Recommendation of the Magistrate Judge, which is adopted and incorporated as the opinion of

this Court,

IT IS ORDERED that the defendants' motion to dismiss the amended complaint

(Document No. 46) is denied, but that their alternate motion to transfer this case to the United

States District Court for the Western District of Arkansas, Fort Smith Division (Document No.

46) is granted forthwith.

Chief United States District Judge